State Bank & Trust Company, plaintiff in error, v. Charles R. Lincoln et al., defendants in error. Gen. No. 8,551.

Opinion filed February 23, 1933.

Ralph D. Shanesy, for plaintiff in error; Walter B. Hobbs, of counsel. Hall & Hulse, for certain defendant in error; Albert L. Hall and Marshall Meyer, of counsel.
Mr. Presiding Justice Wolfe delivered the opinion of the court.

Swords Bros. Company, appellee, v. Security First Mortgage Company, appellant. Gen. No. 8,556.

Opinion filed February 23, 1933. Rehearing denied May 2, 1933.
Frank E. Maynard, for appellant. Welsh & Welsh, for appellee.
Mr. Presiding Justice Wolfe delivered the opinion of the court.

Weber-Furman Hardware Company, appellee, v. Frank M. Gambino et al., appellant. Gen. No. 8,567.

Opinion filed February 23, 1933.
Welsh & Welsh, for appellant. John H. Page and Stanley H. Guyer, for appellee.
Mr. Presiding Justice Wolfe delivered the opinion of the court.

Ethel McClary, administratrix of the estate of Amel W. McClary, deceased, appellee, v. Grand Lodge Brotherhood of Railroad Trainmen, appellant. Gen. No. 8,576.

Opinion filed February 23, 1933.
Gower, Gray & Gower and W. H. Dyer, for appellant. Frank J. Burns and James T. Burns, for appellee.
Mr. Presiding Justice Wolfe delivered the opinion of the court.